# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TANGELO IP, LLC, | § § § | |
| *Plaintiff*, | § | Civil Action No. 2:16-cv-00202-JRG |
| v. | § § | **LEAD CASE** |
| DOLLAR GENERAL CORPORATION and | § § | |
| FLIPP CORPORATION, | § § | |
| *Defendants*. | § § | |
| SNAP-ON INCORPORATED, ET AL. | § | Civil Action No. 2:16-cv-00201-JRG |

## ORDER OF DISMISSAL

Having considered the Stipulated Motion for Dismissal (Dkt. No. 96) of all claims asserted in this case between Plaintiff Tangelo IP, LLC and Defendants Snap-on Incorporated and Snap-on Tools Company LLC, the Court finds that this Motion should be and hereby is GRANTED. It is, therefore,

ORDERED that all claims asserted in this suit by Plaintiff Tangelo IP, LLC against Defendants Snap-on Incorporated and Snap-on Tools Company LLC are hereby dismissed with prejudice. All counterclaims asserted by Defendants Snap-on Incorporated and Snap-on Tools Company LLC are hereby dismissed without prejudice as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So Ordered this**
**Aug 31, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE